STEVE MARKAN, PLAINTIFF-RESPONDENT, v. HELEN SZILAGYI *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. William F. McCloskey, Jr.*, for the petitioners.

*Mr. Arthur Reich* for the respondent.

September 21, 1959. Denied.

LAWMORT REALTY CO., INC., PLAINTIFF-RESPONDENT, v. HELEN CLAWANS, *ET AL.*, DEFENDANTS-PETITIONERS.

*Miss Lillian Clawans* for the petitioners.

*Messrs. Raff, Sherman & Scheider* for the respondent.

September 21, 1959. Denied.